UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LENIER RODRIGUEZ ACOSTA,**

    *Petitioner*,

v.     Case No. 5:26-CV-0450-JKP

**ROSE THOMPSON, et al.,**

    *Respondents*.

## ORDER REGARDING STATUS REPORTS

    Before the Court are two Status Reports (ECF Nos. 8 and 9). In the first, Respondents state that Petitioner was released in accordance with this Court's order under an Order of Supervision. The order of this Court directed Respondents to release Petitioner "under appropriate conditions of release" and to file a Status Report confirming his release. The Court also stated: "If counsel for Petitioner disagrees with any aspect of the filed Status Report, counsel may file a separate Status Report." Counsel disagrees that conditions of release are appropriate under the circumstances and "requests any clarification the Court deems appropriate regarding the conditions of release contemplated by its Order."

    At this point in these habeas proceedings, there is not much clarification that the Court deems appropriate. As counsel states, the record before the Court shows that the immigration judge terminated Petitioner's removal proceeding and that order has been appealed by Respondents. Further the record also shows that Petitioner was released under different forms when he entered the United States. Any disagreement with the terms, including correction of an alleged factual error, lies with the immigration court and not this one.

    **IT IS SO ORDERED this 3rd day of February 2026.**

                                                    **JASON PULLIAM
UNITED STATES DISTRICT JUDGE**